1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| Wah Hung International Machinery, Inc. d/b/a Velocity Wheel; Tyfun International, Inc.; John Zhao,  Plaintiffs, vs. Valley Custom Tire, Inc. d/b/a VCT Wheels et al.,  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CV 11-4178 RSWL (PLAx)  **JUDGMENT** |
|---|---|---|

The evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendant Valley Custom Tire, Inc. d/b/a VCT Wheels ("Defendant") and against Plaintiffs Wah Hung International Machinery, Inc. d/b/a Velocity Wheel; Tyfun International, Inc.; John Zhao.

///

1

1    Defendant shall recover the costs of suit, in
2    accord with Federal Rule of Civil Procedure 54(d).
3
4    **IT IS SO ORDERED.**
5    DATED: January 17 , 2013.

                                    RONALD S.W. LEW
                                    _____
                                    **HONORABLE RONALD S.W. LEW**
                                    Senior, U.S. District Court Judge