1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11   Wah Hung International          )    CV 11-4178 RSWL (PLAx)
     Machinery, Inc. d/b/a           )
12   Velocity Wheel; Tyfun           )
     International, Inc.; John        )    **JUDGMENT**
13   Zhao,                           )
                                     )
14              Plaintiffs,          )
                                     )
15       vs.                         )
                                     )
16                                   )
                                     )
17   Valley Custom Tire, Inc.        )
     d/b/a VCT Wheels et al.,        )
18                                   )
                Defendants.          )
19

20       The evidence having been fully considered, the

21   issues having been duly heard, and a decision having

22   been duly rendered,

23       **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that

24   judgment be entered in favor of Counterclaimant-

25   Defendant Wholesale Wheel & Tire LLC and against

26   Plaintiffs Wah Hung International Machinery, Inc. d/b/a

27   Velocity Wheel; Tyfun International, Inc.; John Zhao.

28   ///

                                  1

1    Wholesale Wheel & Tire LLC shall recover the costs

2  of suit, in accord with Federal Rule of Civil Procedure

3  54(d).

4

5  **IT IS SO ORDERED.**

6  DATED: January 17, 2013.

7
                          RONALD S.W. LEW
8
                          _____
9                         **HONORABLE RONALD S.W. LEW**

10                        Senior, U.S. District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28