Dariush G. Adli, State Bar No. 204959
adli@adlilaw.com
ADLI LAW GROUP P.C.
633 West Fifth Street, Suite 6900
Los Angeles, California 90071
Telephone: 213-623-6546
Facsimile: 213-223-6554

Attorneys for Plaintiffs/
Counterclaim Defendants

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAH HUNG INTERNATIONAL MACHINERY, INC. d/b/a VELOCITY WHEEL, a California Corporation; TYFUN INTERNATIONAL, INC., a California Corporation; and JOHN ZHAO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY CUSTOM TIRE, INC. d/b/a VCT WHEELS, a California Corporation; TEXAS TIRE AND WHEEL L.L.C., a Texas limited liability company; and WHOLESALE WHEEL & TIRE LLC, a Texas limited liability company,<br><br>Defendants. | Case No. 2:11-cv-04178-RSWL (PLAx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF REMAINING CLAIMS**<br><br>Assigned to: Hon. Ronald S.W. Lew<br><br>Courtroom No.: 21<br>Complaint Filed:  May 16, 2011 |

///
///
///

1
**ORDER ON STIPULATION TO DISMISS AND DISMISSAL REMAINING CLAIMS**

1

2  Damon Michael Heilweil (Bar No. 206620)
3  Damon M Heilweil Law Offices
   2530 Wilshire Boulevard 3rd Floor
4  Santa Monica, CA 90403
5  866-496-5933
   Fax: 866-496-5945
6  damon@heilweillaw.com

7
   Attorneys for Defendant/Counter-Claimant
8  TEXAS TIRE AND WHEEL, L.L.C.

9

10  / / /

11  / / /

12

13

...

28

2
**ORDER ON STIPULATION TO DISMISS AND DISMISSAL OF REMAINING CLAIMS**

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of Plaintiffs and Counterdefendants WAH HUNG INTERNATIONAL MACHINERY, INC. d/b/a VELOCITY WHEEL, TYFUN INTERNATIONAL, INC., and JOHN ZHAO (collectively "Plaintiffs") and Defendant and Counterclaimant TEXAS TIRE AND WHEEL, L.L.C. ("TTW") Stipulation for Dismissal of Remaining claims against each other With Prejudice in the present action, it is hereby ORDERED, ADJUDGED, AND DECREED that all remaining respective claims asserted in this action against each other are by Plaintiffs and Texas Tire hereby dismissed with prejudice.

**IT IS SO ORDERED:**

DATED: 2-6-13

RONALD S.W. LEW
_____
Honorable Ronald S.W. Lew
Senior, U.S. District Court Judge